UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWANDA ANDERSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Defendant. | Case No. 13-cv-05555-DMR<br><br>**ORDER VACATING AND RESETTING PRETRIAL AND TRIAL DEADLINES; TAKING PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT UNDER SUBMISSION WITHOUT ORAL ARGUMENT; DENYING PLAINTIFF'S MOTION TO SHORTEN TIME**<br><br>Re: Dkt. Nos. 77, 78 |

TO ALL PARTIES AND COUNSEL OF RECORD:

The current pretrial and trial deadlines are hereby vacated. Jury trial is continued to April 25, 2016. The pretrial conference shall be held on April 13, 2016 at 3:00 p.m. Opening pretrial submissions are now due on March 25, 2016. The court will issue an amended trial order which will contain the remaining pretrial deadlines.

All other deadlines, including fact discovery, expert discovery and dispositive motions, remain unchanged.

The court has received Plaintiff's motion for leave to file a second amended complaint [Docket No. 77], and finds that the matter is appropriate for resolution without oral argument pursuant to Civil Local Rule 7-1(b). Accordingly, the January 28, 2016 hearing on the motion is hereby VACATED. Plaintiff's administrative motion to shorten time [Docket No. 78] is therefore denied as moot. The court will issue a written order on the motion.

**IT IS SO ORDERED.**

Dated: January 5, 2016

                                                   Donna M. Ryu<br>                                              United States Magistrate Judge