UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWANDA ANDERSON,<br>        Plaintiff,<br>    v.<br>CITY AND COUNTY OF SAN FRANCISCO,<br>        Defendant. | Case No.  13-cv-05555-DMR<br><br>**ORDER REQUESTING SUPPLEMENTAL INFORMATION**<br><br>Re: Dkt. No. 44 |

Plaintiff alleges that the Defendant's imposition of discipline for the September 11, 2009 Riordan High School incident and the September 2012 accident in the Station 49 parking lot constituted discrimination based on her race.

Plaintiff points to the treatment of her partners Washington and Spindle as comparator evidence that similarly situated individuals outside of her protected class were treated more favorably. The briefing on these incidents does not include the race of Washington or Spindle.

The parties shall jointly file a letter **by February 8, 2016** with citations to the record where the race of these individuals is established. If the race of these individuals is not included in the record, the parties shall meet and confer and file a stipulation regarding the race of these two individuals.

**IT IS SO ORDERED.**

Dated: February 3, 2016

Donna M. Ryu
United States Magistrate Judge