UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWANDA ANDERSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Defendant. | Case No.  13-cv-05555-DMR<br><br>**ORDER GRANTING REQUEST TO EXTEND DEADLINE**<br><br>Re: Dkt. No. 91 |

The court is in receipt of the parties' joint request to continue the date currently set for pretrial submissions from March 30, 2016 to April 4, 2016. [Docket No. 91.] The court grants the parties' request to extend the March 30, 2016 deadline for pretrial submissions to April 4, 2016.

The April 8, 2016 deadline for filing and serving objections and the April 15, 2016 date for the pretrial conference [Docket No. 88.] will not be extended.

**IT IS SO ORDERED.**

Dated: March 16, 2016

Donna M. Ryu
United States Magistrate Judge